# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-2200
_____

GEROD N. TODD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

September 29, 2022


PER CURIAM.

   AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

_____


*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Gerod N. Todd, pro se, Appellant.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.